U.S. DISTRICT COURT - N.D. OF N.Y.

FILED

OCT 2 3 2025

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No. 3:25-cr-427 (BKS) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **BENJAMIN COMBES,** | ) | Violations:  18 U.S.C. § 2252A(a)(2)(A) |
| | ) | [Receipt of Child |
| **Defendant.** | ) | Pornography] |
| | ) | |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | & (b)(2) |
| | ) | [Possession of Child |
| | ) | Pornography] |
| | ) | |
| | ) | 2 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:  Otsego |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Receipt of Child Pornography]

Beginning no later than November 13, 2024, through on or about November 25, 2024, in Otsego County in the Northern District of New York, the defendant, **BENJAMIN COMBES**, did knowingly receive child pornography using a means and facility of interstate and foreign commerce, shipped and transported in and affecting such commerce by any means, including a computer, in that the defendant used the Internet to knowingly download numerous graphic image and video files depicting one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

### COUNT 2
### [Possession of Child Pornography]

On or about November 29, 2024, in Otsego County in the Northern District of New York, the defendant, **BENJAMIN COMBES**, did knowingly possess material that contained one or

more images of child pornography that had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting such commerce by any means, including by computer, that is, a Motorola Moto e6 XT2005DL, bearing IMEI 358158715553396, manufactured in China, which contained numerous graphic image and video files of one or more minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

This violation involved images of child pornography involving prepubescent minors and minors who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a)(3).

Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, as set forth in Counts 1 and 2, the defendant, **BENJAMIN COMBES**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), any property, real and personal, used and intended to be used to commit and to promote the commission of the offense of conviction, or any property traceable to such property, including, but not limited to:

A)    a Motorola Moto e6 XT2005DL, bearing IMEI 358158715553396.

Dated:    October 23, 2025

A TRUE BILL,

Grand Jury Foreperson

** Grand Jury Foreperson Name Redacted **

2

JOHN A. SARCONE III
Acting United States Attorney

By:

MATTHEW J. McCROBIE
Assistant United States Attorney
Bar Roll No. 702739